# EXHIBIT A

Find Movies, TV shows, Celebrities and more... All | Pro | IMDb Apps | Help

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | Login

**Dallas Buyers Club** (2013)  Edit

# Awards

Showing all 69 wins and 35 nominations

## Academy Awards, USA  2014

**Won**
Oscar

Best Performance by an Actor in a Leading Role
Matthew McConaughey

Best Performance by an Actor in a Supporting Role
Jared Leto

Best Achievement in Makeup and Hairstyling
Adruitha Lee
Robin Mathews

**Nominated**
Oscar

Best Motion Picture of the Year
Robbie Brenner
Rachel Winter

Best Achievement in Film Editing
Jean-Marc Vallée
Martin Pensa

Best Writing, Original Screenplay
Craig Borten
Melisa Wallack

## Golden Globes, USA  2014

**Won**
Golden Globe

Best Performance by an Actor in a Motion Picture - Drama
Matthew McConaughey

Best Performance by an Actor in a Supporting Role in a Motion Picture
Jared Leto

## Screen Actors Guild Awards  2014

**Won**
Actor

Outstanding Performance by a Male Actor in a Leading Role
Matthew McConaughey

Outstanding Performance by a Male Actor in a Supporting Role
Jared Leto

**Nominated**
Actor

Outstanding Performance by a Cast in a Motion Picture
Jennifer Garner
Matthew McConaughey
Jared Leto
Denis O'Hare
Dallas Roberts
Steve Zahn

## African-American Film Critics Association (AAFCA)  2013

---

Sidebar:

ad feedback

**Dallas Buyers Club**

Opinion
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like  54,276 people like this.

**User Lists**  Create a list »

Related lists from IMDb users

Movies i saw with my girlfriend on theaters
a list of 34 titles
created 21 Oct 2012

Mädchenliste
a list of 33 titles
created 03 Apr 2013

2014 Oscar Predictions
a list of 24 titles
created 6 months ago

MOVIES
a list of 35 titles
created 5 months ago

| | Top 10 Films |
| --- | --- |
| | 7th Place |
| **Won** | |
| AAFCA Award | Best Supporting Actor |
| | Jared Leto |

### Alliance of Women Film Journalists 2013

| | Best Actor |
| --- | --- |
| | Matthew McConaughey |
| **Won** | |
| EDA Award | Best Actor in a Supporting Role |
| | Jared Leto |

### Austin Film Critics Association 2013

| **Won** | Best Supporting Actor |
| --- | --- |
| Austin Film Critics Award | Jared Leto |
| **Nominated** | Best Film |
| Austin Film Critics Award | |

### Australian Film Institute 2014

| | Best Actor |
| --- | --- |
| | Matthew McConaughey |
| **Nominated** | |
| AACTA International Award | Best Supporting Actor |
| | Jared Leto |

### Boston Online Film Critics Association 2013

| **Won** | Best Supporting Actor |
| --- | --- |
| BOFCA Award | Jared Leto |

### Boston Society of Film Critics Awards 2013

| **2nd place** | Best Supporting Actor |
| --- | --- |
| BSFC Award | Jared Leto |
| | Tied with Barkhad Abdi for Captain Phillips (2013). |

### Broadcast Film Critics Association Awards 2014

| | Best Actor |
| --- | --- |
| | Matthew McConaughey |
| **Won** | |
| Critics Choice Award | Best Supporting Actor |
| | Jared Leto |
| **Nominated** | Best Picture |
| Critics Choice Award | |

### Central Ohio Film Critics Association 2014

| | Actor of the Year |
| --- | --- |
| **Won** | Matthew McConaughey |
| COFCA Award | For Mud and The Wolf of Wall Street |
| | Best Actor |
| | Matthew McConaughey |
| **2nd place** | |
| COFCA Award | Best Supporting Actor |
| | Jared Leto |

### Chicago Film Critics Association Awards 2013

| **Won** | Best Supporting Actor |
| --- | --- |
| CFCA Award | Jared Leto |
| **Nominated** | Best Actor |
| CFCA Award | Matthew McConaughey |

### Chlotrudis Awards 2014

| **Won** | Best Supporting Actor |
| --- | --- |

| | | |
|---|---|---|
| Chlotrudis Award | | Jared Leto |

### Costume Designers Guild Awards 2014

| | | |
|---|---|---|
| **Nominated** CDG Award | Excellence in Period Film Kurt and Bart | |

### Dallas-Fort Worth Film Critics Association Awards 2013

| | | |
|---|---|---|
| **Won** DFWFCA Award | Best Actor Matthew McConaughey | |
| | Best Supporting Actor Jared Leto | |
| **Nominated** DFWFCA Award | Best Picture | |

### Denver Film Critics Society 2013

| | | |
|---|---|---|
| **Won** DFCS Award | Best Actor Matthew McConaughey | |
| | Best Supporting Actor Jared Leto | |

### Florida Film Critics Circle Awards 2013

| | | |
|---|---|---|
| **Won** FFCC Award | Best Supporting Actor Jared Leto | |

### Georgia Film Critics Association (GFCA) 2014

| | | |
|---|---|---|
| **Nominated** GFCA Award | Best Actor Matthew McConaughey | |
| | Best Supporting Actor Jared Leto | |

### Golden Camera, Germany 2014

| | | |
|---|---|---|
| **Won** Golden Camera | Best International Actor Matthew McConaughey | |

### Golden Trailer Awards 2014

| | | |
|---|---|---|
| **Won** Golden Trailer | Best Independent Trailer Focus Features Mark Woolen & Associates For the first theatrical trailer. | |
| | Best Independent Trailer Scott Mitsui (trailer producer) Focus Features Mark Woolen & Associates For "Trailer 1" | |
| **Nominated** Golden Trailer | Best Drama Poster Focus Features P+A | |

### Gotham Awards 2013

| | | |
|---|---|---|
| **Won** Best Actor | Matthew McConaughey | |

### Hollywood Film Festival 2013

| | | |
|---|---|---|
| **Won** Hollywood Breakthrough Award | Breakthrough Actor Jared Leto | |
| **Won** Hollywood Film Award | Actor of the Year Matthew McConaughey | |

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

| | |
|---|---|
| **Won**<br>Artisan | Best Period and/or Character Makeup - Feature Films<br>Robin Mathews |

### Image Awards 2014

| | |
|---|---|
| **Nominated**<br>Image Award | Outstanding Independent Motion Picture |

### Independent Spirit Awards 2014

| | |
|---|---|
| **Won**<br>Independent Spirit Award | Best Male Lead<br>Matthew McConaughey<br><br>Best Supporting Male<br>Jared Leto |

### Indiana Film Journalists Association, US 2013

| | |
|---|---|
| **2nd place**<br>IFJA Award | Best Actor<br>Matthew McConaughey |

### International Cinephile Society Awards 2014

| | |
|---|---|
| **Nominated**<br>ICS Award | Best Supporting Actor<br>Jared Leto |

### Iowa Film Critics Awards 2014

| | |
|---|---|
| **Nominated**<br>IFC Award | Best Supporting Actor<br>Jared Leto |

### Irish Film and Television Awards 2014

| | |
|---|---|
| **Nominated**<br>IFTA Award | Best International Actor<br>Matthew McConaughey |

### Las Vegas Film Critics Society Awards 2013

| | |
|---|---|
| **Won**<br>Sierra Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |
| **2nd place**<br>Sierra Award | Best Picture |

### London Critics Circle Film Awards 2014

| | |
|---|---|
| **Nominated**<br>ALFS Award | Supporting Actor of the Year<br>Jared Leto |

### Los Angeles Film Critics Association Awards 2013

| | |
|---|---|
| **Won**<br>LAFCA Award | Best Supporting Actor<br>Jared Leto<br>Tied with James Franco for Spring Breakers (2012). |

### MTV Movie Awards 2014

| | |
|---|---|
| **Won**<br>MTV Movie Award | Best On-Screen Transformation<br>Jared Leto<br>Jared Leto's performance as an HIV positive transgender woman living in 1980s Texas is just as ... More |
| **Nominated**<br>MTV Movie Award | Best Male Performance<br>Matthew McConaughey<br><br>Best On-Screen Duo<br>Matthew McConaughey<br>Jared Leto<br><br>Best On-Screen Transformation<br>Matthew McConaughey<br>Despite losing a whopping 50 pounds to play a rodeo cowboy |

diagnosed with AIDS and given 30 days to... More

### National Board of Review, USA 2013

**Won**
NBR Award

Top Ten Independent Films

### National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award

Best Supporting Actor
Jared Leto

### New York Film Critics Circle Awards 2013

**Won**
NYFCC Award

Best Supporting Actor
Jared Leto

### New York Film Critics, Online 2013

**Won**
NYFCO Award

Best Supporting Actor
Jared Leto

Top Films of the Year

### North Texas Film Critics Association, US 2013

**Won**
NTFCA Award

Best Supporting Actor
Jared Leto

### Online Film & Television Association 2013

**Won**
OFTA Film Award

Best Supporting Actor
Jared Leto
Tied with Michael Fassbender for 12 Years a Slave (2013).

Best Makeup and Hairstyling

**Nominated**
OFTA Film Award

Best Actor
Matthew McConaughey

Best Ensemble

### Online Film Critics Society Awards 2014

**Nominated**
OFCS Award

Best Supporting Actor
Jared Leto

### PGA Awards 2014

**Nominated**
PGA Award

Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

### Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award

Matthew McConaughey

### Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award

Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award

Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della
Fotografia Cinematografica (AIC)

Yves Bélanger

Award

**Won**
Audience Award — Jean-Marc Vallée

**Won**
Best Actor — Matthew McConaughey

**Won**
Golden Butterfly — Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award — Jean-Marc Vallée

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award — Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award — Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award
- Best Actor — Matthew McConaughey
- Best Supporting Actor — Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award — Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award — Jared Leto

### Satellite Awards 2013

**Won**
Satellite Award
- Best Actor in a Motion Picture — Matthew McConaughey
- Best Actor in a Supporting Role — Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award — Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award — Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award — Best Picture

### St. Louis Film Critics Association, US 2013

**Won**
SLFCA Award — Best Supporting Actor
Jared Leto

**2nd place**
SLFCA Award — Best Actor
Matthew McConaughey

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award — Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award — Best Actor
Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
WAFCA Award

Best Actor
Matthew McConaughey

### Writers Guild of America, USA 2014

**Nominated**
WGA Award (Screen)

Best Original Screenplay
Craig Borten (written by)
Melisa Wallack (written by)

## See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

## Contribute to This Page

Getting Started | Contributor Zone »

[Edit page]

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An          company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

http://www.imdb.com/title/tt0790636/awards?ref_=tt_awd                                                                                          7/7

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013
**Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay; preexisting music
**Previous registration and year:** TXu 1-835-443  2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013

Pa

Registration #: PA0001873195
Service Request #: 1-1005221967

*0000PA0001873195O:101*

Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608